IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITEDHEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICES, INC. AND UMR, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:22-cv-00697 |
| ENVISION HEALTHCARE CORPORATION f/k/a ENVISION HEALTHCARE HOLDINGS, INC., AND ENVISION PHYSICIAN SERVICES, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF DWIGHT E. TARWATER AS COUNSEL**

PLEASE TAKE NOTICE that the appearance of Dwight E. Tarwater of Paine, Tarwater & Bickers, LLP as counsel for Plaintiffs United Healthcare Services, Inc., UnitedHealthcare Insurance Company, and UMR, Inc. is hereby withdrawn in the above-captioned case. Defendants will continue to be represented without interruption by Michael J. King and Kendell G. Vonckx of Paine, Tarwater & Bickers, LLP, and Jeffrey S. Gleason, Jamie R. Kurtz, Paul D. Weller, Kyle D. Nelson, Nathaniel J. Moore, and Gregory S. Voshell of Robins Kaplan, LLP.

Respectfully submitted this 20th day of March, 2023.

**PAINE, TARWATER & BICKERS, LLP**

*/s/ Dwight E. Tarwater*
Dwight E. Tarwater (BPR #007244)
det@painetarwater.com
Michael J. King (BPR #015523)
mjk@painebickers.com
Kendell G. Vonckx (BPR #035139)
kgv@painetarwater.com
900 South Gay Street, Suite 2200
Knoxville, TN 37902-1821
T: 865-525-0880
***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 20, 2023, I electronically filed a true and correct copy of the foregoing pleading with the Clerk of Court via the CM/ECF system which was authorized to send electronic notification of such filing to the following:

**Michael J. King (BPR #015523)**
mjk@painebickers.com
**Kendell G. Vonckx (BPR#035139)**
kgv@painetarwater.com
Paine Tarwater Bickers, LLP
900 South Gay Street, Suite 2200
Knoxville, Tennessee 37902-1821
T: (865) 525-0880

**Jeffrey S. Gleason (pro hac vice)**
jgleason@robinskaplan.com
**Jamie R. Kurtz (pro hac vice)**
jkurtz@robinskaplan.com
**Nathaniel J. Moore (pro hac vice)**
nmoore@robinakplan.com
**Kyle D. Nelson (pro hac vice)**
knelson@robinskaplan.com
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402–2015
T: (612) 349–8500

**Paul D. Weller (pro hac vice)**
pweller@robinskaplan.com
**Gregory S. Voshell (pro hac vice)**
gvoshell@robinskaplan.com
1325 Avenue of the Americas
Suite 2601
New York, New York 10019
T: (212) 980-7400

*Counsel for the United Plaintiffs*

**and**

**Kevin T. Elkins**
EPSTEIN BECKER & GREEN P.C.
1222 Demonbreun St., Suite 1400
Nashville, TN 37203
kelkins@ebglaw.com
*Counsel for Defendants*

                                                                         */s/ Dwight E. Tarwater*